UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLOBAL NET LEASE, INC.,
                          Plaintiff,

           -v-

BLACKWELLS CAPITAL LLC, *et al.*,
                          Defendants.

22-CV-10702 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

Having reviewed the letters submitted by all parties (ECF Nos. 44, 45, 46, 47, and 48) and having heard argument on the present discovery dispute, the Court hereby orders Defendants to search for the following terms and produce responsive nonprivileged documents:

1. jv
2. venture
3. stalking horse
4. "November 7" or "November 7th" or "Nov 7" or "11/7"
5. "management fee" or "mgmt fee"

The Court further orders that all responsive nonprivileged documents in the possession of Sue Perrotty shall be produced by February 24, 2023.

The parties shall meet and confer regarding revised deposition dates in light of the above.

Finally, pursuant to Federal Rule of Civil Procedure 42(a), this action is hereby consolidated with Case Number 22-CV-10703 for all purposes, including discovery, pretrial proceedings, and trial.[1] Despite such consolidation, the consolidated cases "retain their separate

---

[1] The actions are consolidated on consent of all parties following the February 21, 2023 telephone conference.

1

identities." *Hall v. Hall*, 138 S. Ct. 1118, 1128-31 (2018).  This order does not affect the rights of the parties in either of the consolidated cases.  This case is designated as the lead case, and **<u>all future filings shall be made in this case only.</u>**

      SO ORDERED.

Dated: February 22, 2023
       New York, New York

                                              _____
                                                  J. PAUL OETKEN
                                             United States District Judge