UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL NET LEASE, INC., and THE NECESSITY RETAIL REIT INC., <br><br> Plaintiffs, <br><br> v. <br><br> BLACKWELLS CAPITAL LLC, BLACKWELLS ONSHORE I LLC, JASON AINTABI, RELATED FUND MANAGEMENT LLC, JIM LOZIER, and RICHARD O'TOOLE, <br><br> Defendants. | No. 1:20-CV-10702-JPO <br><br> **NOTICE OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for a Preliminary Injunction, Declaration of Nicholas P. Crowell dated March 10, 2023, and the exhibits attached thereto, and Declaration of Michael Anderson dated March 10, 2023 and exhibit attached thereto, and upon all other pleadings and proceedings herein, Plaintiffs Global Net Lease, Inc. and The Necessity Retail REIT Inc., by their attorneys, Sidley Austin LLP, hereby move this Court before the Honorable J. Paul Oetken, United States District Judge, Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, New York, NY 10007, for an Order granting a Preliminary Injunction and any other and further relief as this Court deems just and proper.

Dated:  New York, New York
        March 10, 2023

SIDLEY AUSTIN LLP

By: __/s/ Nicholas P. Crowell__
    Nicholas P. Crowell
     ncrowell@sidley.com
    Francesca E. Brody
     fbrody@sidley.com
    Zachary Payne
     zpayne@sidley.com
    SIDLEY AUSTIN LLP
    787 Seventh Avenue
    New York, New York 10019
    Tel.: (212) 839-5300

*Attorneys for Plaintiffs*