UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL NET LEASE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BLACKWELLS CAPITAL LLC,<br>BLACKWELLS ONSHORE I LLC, JASON AINTABI,<br>RELATED FUND MANAGEMENT LLC, JIM LOZIER,<br>and RICHARD O'TOOLE<br><br>Defendants. | NO. 22-CV-10702<br>(JPO) |
| THE NECESSITY RETAIL REIT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BLACKWELLS CAPITAL LLC,<br>BLACKWELLS ONSHORE I LLC, JASON AINTABI,<br>RELATED FUND MANAGEMENT LLC, JIM LOZIER,<br>and RICHARD O'TOOLE<br><br>Defendants. | NO. 22-CV-10703<br>(JPO) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

The parties in the above-captioned actions hereby agree to the voluntary dismissal of this action as against all parties with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its own attorneys' fees and costs.

Dated: June 6, 2023

                **SIDLEY AUSTIN LLP**

*/s/ Francesca Brody*
Nicholas P. Crowell
Francesca E. Brody
Zachary Payne
787 Seventh Avenue
New York, New York 10019
(212) 839-5300
ncrowell@sidley.com
fbrody@sidley.com
zpayne@sidley.com

*Attorneys for Plaintiffs Global Net Lease, Inc. and The Necessity Retail REIT, Inc.*

**QUINN EMMANUEL URQUHART & SULLIVAN, LLP**

*/s/ Marc L. Greenwald*
Marc L. Greenwald
Renita Sharma
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 843-7000
marcgreenwald@quinemmanuel.com
renitasharma@quinnemmanuel.com

*Attorneys for Defendants Related Fund Management, Jim Lozier, and Richard O'Toole*

**VINSON & ELKINS LLP**

*/s/ Christopher E. Duffy*
Christopher E. Duffy
1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
(212) 237-0000
cduffy@velaw.com

*Attorney for Defendants Blackwells Capital LLC, Blackwells Onshore I LLC, and Jason Aintabi*